# United States District Court
for the
Eastern District of Missouri

| | |
|---|---|
| United States of America | |
| v. | |
| Alfred Boykins III | Case No: 4:02CR317 |
| | USM No: 28497-044 |
| Date of Previous Judgment: January 2, 2003 | Lucille Liggett |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the Term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___72___ months is reduced to ___70 months___

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 21 | Amended Offense Level: | 19 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 70 to 87 months | Amended Guideline Range: | 57 to 71 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

This reduction reflects a revised calculation on Count II. It does not change the sentence on Count III which remains 60 months to be served consecutively to the sentence on Count II.

Except as provided above, all provisions of the judgment dated January 2, 2003 shall remain in effect.

**IT IS SO ORDERED**

| | |
|---|---|
| Order Date: May 28, 2008 | _(signature)_ |
| | Judge's Signature |
| Effective Date: June 9, 2008 | Jean C. Hamilton, United States District Judge |
| (if different from order date) | Printed Name and title |